UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00744-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 98.245.67.237,

    Defendant.

_____/

### MOTION FOR LEAVE TO FILE UNREDACTED VERSIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT, PROPOSED SUMMONS AND RETURN OF SERVICE AS LEVEL 1 RESTRICTED DOCUMENTS

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves the Court for leave to file unredacted versions of its First Amended Complaint, proposed summons, and return of service as Level 1 Restricted Documents, and states as follows:

1. This is a copyright infringement case against a John Doe Defendant initially known to Plaintiff only by an IP address.

2. On April 6, 2023, Plaintiff was granted leave to serve a third party subpoena on Defendant's internet service provider, Comcast Cable ("Comcast" or "ISP"), to obtain the Defendant's identifying information [CM/ECF 13].

3. After receiving the subpoena response, Plaintiff conducted a further investigation. Based on the investigation of the subscriber and publicly available resources, Plaintiff identified the subscriber as the true infringer/Defendant.

4. Although Plaintiff is aware of Defendant's identity, Plaintiff is sensitive to Defendant's privacy concerns and otherwise believes that allowing Defendant to proceed

1

anonymously serves the parties' interests because the copyrighted works at issue in this lawsuit involve adult content.

5. Thus, on August 2, 2023, Plaintiff filed its First Amended Complaint in this matter, but Defendant's name and identifying information was redacted.

6. This redacted information is central to Plaintiff's claim and includes the Defendant's name, address, and additional factual information that directly links the Defendant to the infringement in this case.  Moreover, to proceed in this action, Plaintiff requires a Summons that will contain Defendant's name and address (and Plaintiff must file a Return of Service that will also list Defendant's name and address).

7. In the past, to avoid embarrassment to defendants, courts around the country have entered protective orders precluding Plaintiff from publicly disclosing defendants' identifying information.  Accordingly, out of respect for this Court and Defendant, Plaintiff respectfully requests entry of an order permitting it to file unredacted versions of its First Amended Complaint, proposed summons, and return of service as Level 1 Restricted Documents so that it may include Defendant's name, address, and other factual information central to Plaintiff's claim.

8. None of the parties would be prejudiced by the granting of this request.

WHEREFORE, Plaintiff respectfully requests entry of an order permitting Plaintiff to file its First Amended Complaint, proposed summons, and return of service as Level 1 Restricted Documents.  A proposed order is attached for the Court's convenience.

Dated: August 2, 2023

    Respectfully submitted,

    By: */s/ Jessica Fernandez*
    Jessica Fernandez, Esq.
    Associate In-House Counsel
    General Media Systems, LLC
    11239 Ventura Blvd
    Suite #103, Box 717
    Studio City, CA 91604
    E-mail: Jessica@Strike3Holdings.com
    Phone: 818-253-1453
    Fax: 323-872-0022

    *Attorney for Plaintiff, Strike 3 Holdings, LLC*